JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISABET LASTRA, | Case No. 8:24-cv-01973-JWH-ADSx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ABM INDUSTRY GROUPS, LLC, a California Limited Liability Company; ABM BUSINESS INDUSTRIES INCORPORATED, a California Corporation; and DOES 1 through 20, Inclusive, | |
| Defendants. | |

Pursuant to the Scheduling Notice and Order [ECF No. 23] entered on or about April 2, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 9, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE